IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CV-226-FL

| | |
|---|---|
| LINDA A. EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PITT COUNTY DEPARTMENT OF ) | |
| SOCIAL SERVICES, GEORGE L. ) | ORDER |
| PERRY, Director of Pitt County Social ) | |
| Services, in his official capacity, APRIL ) | |
| HANNING, in her individual capacity, ) | |
| CYNTHIA M. ROSS, in her individual ) | |
| capacity, LINDA MARTIN CURTIS, in ) | |
| her individual capacity, and LINDA ) | |
| MILLION, in her individual capacity, ) | |
| ) | |
| Defendants. ) | |

    This matter comes now before the court upon passage of the fourteen (14) day responsive deadline set by prior order, where the court noted in ruling on stay request, that in order to avoid unfairly prejudicing the plaintiffs' claims against defendants Hanning and Curtis, limited, special discovery may be necessary for claims regarding those defendants, to properly identify potential witnesses and preserve important documents.  The court directed the parties to submit within fourteen (14) days a written plan that addresses any preservation issues, ensuring that the information needed by plaintiff is not destroyed or lost during the time the immunity issue is on appeal, taking into consideration the interests of all.  It noted that if agreement cannot be reached on such a plan,

within the same period the parties shall tender to the court their separate proposals, and the court will take up and decide the issues presented.

Where no plan has been tendered or report made within the prescribed period, the court concludes there is agreement that no discovery is necessary during this appeal period and, therefore, the case is stayed in its entirety.

SO ORDERED, this the 25th day of November, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge