CASE NOS. 13-2256(L), 13-2294 XAP

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

LINDA A. EVANS,

Plaintiff - Appellee/Cross-Appellant

v.

GEORGE L. PERRY, Director of Pitt County Social Services in his official capacity; CYNTHIA M. ROSS, in her individual capacity, LINDA MILLION, in her individual capacity,

Defendants - Appellants/Cross-Appellees,

and

PITT COUNTY DEPARTMENT OF SOCIAL SERVICES; APRIL HANNING, in her individual capacity; LINDA MARTIN CURTIS; in her individual capacity,

Defendants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF NORTH CAROLINA
AT GREENVILLE

---------------------------------------
**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF OF APPELLEE/CROSS-APPELLANT**
---------------------------------------


David C. Sutton
105-B Regency Boulevard
Greenville, NC 27834
(252) 756-7124

Counsel for Appellee/Cross-Appellant

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fourth Circuit Rule 31(c), Appellee respectfully move for a thirty (30) day extension of time, to and including February 5, 2014, in which to file her responsive brief.

Appellee's brief is due on January 6, 2014. Appellees have not previously requested any extension of time to file her brief. Appellants/Cross-Appellee have stated that they do not object to an extension of thirty days.

Good cause exists for the requested extension, as set forth in detail below. A thirty (30) day extension for Appellee's brief would enable counsel to provide a timely and professional briefing, while at the same time fulfilling his obligations in other courts and other matters. With the requested extension, briefing of this matter would still be completed within four (4) months of the filing of the Notice of Appeal.

The specific reasons for the delay are set forth below:

1. Aside from the holidays reducing the number of regular working days, a deranged former client vandalized and disabled three cars at my home while my family and I were inside asleep. This occurred on November 30, 2013, but it caused my family to temporarily move out of our home. An Ex Parte No Contact Order was issued on December 3, 2013 and on December 16, 2013, a one year No Contact Order was entered.

2. The offender, Norman Shackley, was arrested on December 5, 2013, and he was charged with a felony and several misdemeanors. At one time he claimed to possess 100 firearms and over 30,000 rounds of ammunition.

3. On December 8, 2013, my family moved back into our home. That night, at 1:00am, a shooting involving a convicted drug dealer (Martrell Suggs) happened next to my house. His companion

beat on my front door asking to be let in. We do not live in a high crime area, but it turns out Mr. Suggs was shot in a car less than 100 feet from my front door. We moved back out of our home.

    4. On December 18, 2013, Norm Shackley violated the No Contact Order by distributing derogatory emails that he "cut and pasted" using my name and email address - as though the undersigned had sent the email(s). A show cause order is pending for this activity and a new arrest warrant has been issued as well, but it has not been served.

    5. For whatever reason, Mr. Shackley was given an unsecured bond on the former charge and he is currently at-large. Hence, the security of my family has been my primary focus. Unfortunately, the time spent with the police and in court regarding Mr. Shackley has made it impossible to put my full concentration on the task at hand.

    6. Though no arrest was made over the December 8, 2013 shooting, it has been a source of concern for my family and it also has affected my work schedule.

    7. I am most hopeful that no crimes will be committed at my home in the coming New Year (as none had ever happened before) and believe that thirty (30) days will be a sufficient period of time to complete the brief.

    For these reasons, Appellee respectfully request that this motion be granted and that she be allowed until and including February 5, 2014 in which to file her responsive brief.

    Respectfully submitted this 31st day of December, 2013.

              By: /s/ David C. Sutton
                    Attorney for Appellee-Cross-Appellant Linda Evans
                    State Bar No. 29825
                    105-B Regency Boulevard
                    Greenville NC 27834
                    Telephone: (252) 756-7124

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 31st day of December, 2013, I caused this Motion for Extension of Appellee/Cross-Appellant to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Scott C. Hart
Attorney at Law
PO Drawer 889
New Bern NC 28563

*Counsel for Appellants-Cross-Appellees*

/s/ David C. Sutton
*Counsel for Appellee-Cross-Appellant*