FILED: February 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2256 (L)
(4:12-cv-00226-FL)

_____

LINDA A. EVANS

    Plaintiff - Appellee

v.

GEORGE L. PERRY, Director of Pitt County Social Services in his official capacity; CYNTHIA M. ROSS, in her individual capacity; LINDA MILLION, in her individual capacity

    Defendants - Appellants

and

PITT COUNTY DEPARTMENT OF SOCIAL SERVICES; APRIL HANNING, in her individual capacity; LINDA MARTIN CURTIS, in her individual capacity

    Defendants

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Opening/response brief due: 02/07/2014

Response/reply brief due: 03/12/2014

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk