# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 11, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No.  13-2256 (L), <u>Linda Evans v. George Perry</u>
                4:12-cv-00226-FL

TO:    David C. Sutton

**FILING CORRECTION DUE:  February 14, 2014**

Please make the correction identified below and file a corrected document by the date indicated.

---

 **[ x ] Brief is not text-searchable. Please refile a "corrected" brief as a text-searchable PDF.**


Sharon A. Wiley, Deputy Clerk
804-916-2704